ACCEPTED
01-14-00675-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/23/2015 2:47:29 PM
CHRISTOPHER PRINE
CLERK

# No. 01-14-00675-CR

# No. 01-14-00676-CR

In the

## Court of Appeals

For the

## First District of Texas

At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

6/23/2015 2:47:29 PM

CHRISTOPHER A. PRINE
Clerk

———————◆———————

## Nos. 1394947 & 1394948

In the 174th Criminal District Court
Of Harris County, Texas

———————◆———————

## ISRAEL MONTOYA ALCARAZ

*Appellant*

V.

## THE STATE OF TEXAS

*Appellee*

———————◆———————

## STATE'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE APPELLATE BRIEF

———————◆———————

**TO THE HONORABLE COURT OF APPEALS:**

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 10.1, 10.5(b) & 38.6(d), moves for an extension of time within which to file its appellate brief. In support of its motion, the State submits the following:

1. Appellant was charged with one count of aggravated sexual assault of a child and one count of possession of child pornography.

2. Appellant entered a plea of "guilty" to both charges.

3. After a PSI hearing, appellant was sentenced to confinement for 50 years and 10 years respectively.

4. Appellant filed a written notice of appeal on July 17, 2014.

5. Appellant's brief was filed February 3, 2015.

6. The State's brief was due March 5, 2015.

7. The State seeks an extension until today, June 23, 2015, to file its brief.

8. The following facts are relied upon to show good cause for the requested extension:

   a. The undersigned attorney has filed 3 briefs in the last 30 days and has 5 more briefs due in the next 30 days.

   b. In the last several months, the undersigned attorney has attended three funerals out of town, two of which were close family members. Additionally, the undersigned attorney took time off for a sick family pet that passed away a month ago.

   c. The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant the requested extension until June 23, 2015.

Respectfully submitted,

/s/ *Bridget Holloway*

**BRIDGET HOLLOWAY**
Assistant District Attorney
Harris County, Texas
Harris County Criminal Justice Center
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
Texas Bar No. 24025227
holloway_bridget@dao.hctx.net

# CERTIFICATE OF SERVICE

This certifies the undersigned attorney requested that a copy of this document be served to appellant's attorneys via TexFile at the following email on June 23, 2015:

Angela L. Cameron
Assistant Public Defender
Email:  angela.cameron@pdo.hctx.net


/s/ *Bridget Holloway*

**BRIDGET HOLLOWAY**
Assistant District Attorney
Harris County, Texas
Harris County Criminal Justice Center
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
Texas Bar No.  24025227
holloway_bridget@dao.hctx.net